FILED
U.S. DISTRICT COURT

2012 JAN 17  A 9: 54

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> JEFFERY JOHN WIRTH, <br><br> Defendant. | ORDER ADOPTING REPORT & RECOMMENDATION <br><br><br><br><br> Case No. 1:10-cr-63-DB-SA <br> Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Samuel Alba on December 7, 2011, recommending that this Court deny Defendant's motion to suppress. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party filed an objection to the Report and Recommendation.

Having reviewed all relevant materials, including Defendant's motion to suppress, Defendant's post-*Franks* hearing memorandum, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the Court

1

agrees with the analysis and conclusion of the magistrate judge.  Accordingly, the Court

ADOPTS the Report and Recommendation and issues the following Order.  Defendant's motion

to suppress is DENIED.

DATED this 13th day of January, 2012.

Dee Benson
United States District Judge